**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

ATTORNEYS FOR: Defendants COUNTY OF BUTTE, MICK GREY, DOUG SMITH, DENNIS COOLEY, KIRK TROSTLE, named incorreclty as KIRK TROSTLER, JEFFERY HAYES, KAREN TABER, named incorrectly as KAREN TABOR, PERRY RENIFF, BERNIE LIGHTNER, EDWARD SZENDREY, TONY BURDINE, CRAIG GILL, DAVID BLAIR, MITCH MEDVED, and O. BRENT REDELSPERGER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SHELTON, et al., | No. Civ. S-97-1309 MCE PAN |
| Plaintiffs, | |
| vs. | **ORDER MODIFYING PRE-TRIAL (STATUS) SCHEDULING ORDER** |
| COUNTY OF BUTTE, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING therefore, the Court hereby modifies the Pre-trial (Status) Scheduling Order dated May 10, 2005 as follows:

VIII. <u>TRIAL SETTING</u>

The trial is set for September 13, 2006 at 9:00 a.m.

Dated: May 24, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

1

00365401.WPD