1   **PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
2   Terence J. Cassidy, SBN 099180
Kristina M. Hall, SBN 196794
3   350 University Avenue, Suite 200
Sacramento, California 95825
4   (916) 929-1481
(916) 927-3706 (facsimile)
5
Bruce S. Alpert, SB#075684
6   BUTTE COUNTY COUNSEL
25 County Center Drive
7   Oroville, CA  95965
(530) 538-7621
8   (530) 538-6891 (facsimile)

9   ATTORNEYS FOR: Defendants MICK GREY, DENNIS COOLEY, BERNIE LIGHTNER,
EDWARD SZENDREY, CRAIG GILL
10

11

                        **UNITED STATES DISTRICT COURT**
12
                        **EASTERN DISTRICT OF CALIFORNIA**
13

14

15   WILLIAM SHELTON, et al.,                    No. 2:97-cv-01309-MCE-EFB

16        Plaintiffs,                            **STIPULATION BY THE PARTIES TO
                                                 MODIFY   SCHEDULING   ORDER**
17   vs.                                         **REGARDING TRIAL AND RELATED
                                                 DATES; ORDER REGARDING SAME**
18   COUNTY OF BUTTE, et al.,
          Defendants.
19
     _____/
20

21        Plaintiff WILLIAM SHELTON Defendants MICK GREY, DENNIS COOLEY,

22   BERNIE LIGHTNER, EDWARD SZENDREY, CRAIG GILL, by and through their

23   respective counsel, hereby agree to the proposed changes set forth below and request the

24   Court modify the Scheduling Order issued June 23, 2006 as follows:

25        This action was initially filed on July 17, 1997.  This matter has been the subject of

26   appellate review and multiple motions for summary judgment.  The most recent motion for

27   summary judgment was filed by Defendants on September 1, 2006, due to a change in

28   applicable law.  The hearing for the motion was set for October 16, 2006.  On October 12,

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1

00468330.WPD

1   2006, the court continued the hearing date to November 13, 2006.   On November 9, 2006,

2   the court again continued the hearing to November 27, 2006.

3          The trial in this matter presently is set to begin on December 13, 2006.  The parties'

4   motions *in limine* and Kumho/Daubert motions must be filed on or before November 22,

5   2006.  The parties must file their trial exhibits November 29 and the remaining trial-related

6   materials – trial briefs, joint jury instructions and verdict forms, and the Joint Statement of

7   the Case – on or before December 6, 2006.

8          The parties are not sure how the  motion for summary judgment may effect the

9   claims to be presented at trial.  Further, the parties face extreme difficulty preparing for trial

10  before the adjudication of Defendants' motion because they do not know the claims for

11  which must be addressed and evidence presented.  Accordingly, the parties respectfully

12  submit that it is in the best interest of judicial efficiency and economy to continue the trial

13  and all related dates until the court has ruled on Defendants' motion for summary judgment.

14         IT IS HEREBY STIPULATED AND AGREED by and between the parties to the

15  above-entitled action that the trial and trial-related dates in this matter shall be continued and

16  that the Court's previous status order shall be modified as follows, subject to the court's

17  calender:

18  •     First day of trial:                                                       March 28, 2007 at 09:00
                                                                                     a.m.
19
    •     Last Day to File Trial Brief, Joint jury instructions
20        and verdict form, and joint statement of the case:       March 21, 2007

21  •     Last Day to File Trial and Exhibits and Opposition
          to Motions *in Limine*:                                           March 14, 2007
22
    •     Last Day to File Motions in Limine and
23        Daubert/Kumho Motions:                                         March 7, 2007

24        The in limine motions shall be noticed for March 27, 2007 at 2:00 p.m.

25  ///

26  ///

27  ///

28  ///

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

2

00468330.WPD

1    **IT IS SO STIPULATED.**

2    Dated: November 16, 2006            LAW OFFICE OF GEORGE KEZIOS

3                                                   /s/ George Kezios
                                            By _____
4                                                   Attorney   for   Plaintiff   WILLIAM
                                                    SHELTON
5
     Dated: November 16, 2006            PORTER, SCOTT, WEIBERG & DELEHANT
6                                         A Professional Corporation

7                                                   /s/ Terence J. Cassidy
                                            By _____
8                                                   Terence J. Cassidy
                                                    Kristina M. Hall
9                                                   Attorneys for Defendants MICK GREY,
                                                    D E N N I S   C O O L E Y ,   B E R N I E
10                                                  LIGHTNER,  EDWARD   SZENDREY,
                                                    CRAIG GILL
11

12   **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

13

14   DATED: November 21, 2006

15

16

17                                         _____
                                            MORRISON C. ENGLAND, JR
18                                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

28

3

00468330.WPD