UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SHELTON, BARBARA SHELTON, ELLEN SHELTON, a minor through her guardian ad litem BARBARA SHELTON; and JESSICA SHELTON, a minor through her guardian ad litem BARBARA SHELTON,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF BUTTE, MICK GREY, DOUG SMITH, DENNIS COOLEY, KIRK TROSTLER, JEFFERY HAYES, KAREN TABOR, PERRY RENIFF, BERNIE LIGHTNER, EDWARD SZENDREY, TONY BURDINE, CRAIG GILL, DAVID BLAIR, MITCH MEDVED, BRUCE COUCH, KIETH JOHNSON, O. BRENT REDELSPERGER, AND DOES 1-50, inclusive,<br><br>          Defendants.<br>_____/ | No. 2:97-cv-1309-MCE-EFB<br><br><br><br><br><br><br><br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

   Pursuant to the representations of the attorney for Plaintiffs, the Court has determined that this case is settled.[1]

///

///

---

[1] In light of the Court's Order Re: Settlement and Disposition, the March 28, 2007 jury trial is vacated.

1  In accordance with the provisions of Local Rule 16-160,
2  dispositional documents are to be filed on or before April 20,
3  2007.
4  Failure to comply with this Order may be grounds for the
5  imposition of sanctions on any and all counsel as well as any
6  party or parties who cause non-compliance with this Order.
7  IT IS SO ORDERED.

Dated: March 21, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2